IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK LACY, M.D.**, *et al.*,

    Plaintiffs,

v.

No. 1:22-cv-00953-MIS

**RAUL TORREZ**, *et al.*,

    Defendants.

## AFFIDAVIT OF AMANDA QUINTANA

I, Amanda Quintana, being first duly sworn, and based on knowledge and belief, state under oath:

1. On March 1, 2023, I became and am the Acting Executive Director of the New Mexico Medical Board ("the Medical Board").

2. My job duties include oversight of all programs administered by the Medical Board and the promulgation of relevant regulations.

3. The Medical Board has not promulgated regulations regarding the Elizabeth Whitefield End-of-Life Options Act, §§ 24-7C-1, *et seq* (2021) (the "Act").

4. The Medical Board has not received any complaints regarding violations of the Act since it was enacted in 2021.

5. The Medical Board has taken no enforcement actions under the Act.

6. The Medical Board has not forced any health care professional to speak with their patients about physician-assisted suicide or refer their patients to another health care professional.

7. The Act specifically provides that no criminal liability, licensing sanctions or other professional disciplinary action flows from non-compliance with the Act. NMSA §24-7C-7(A).

8. The Medical Board has no ability or authority to render injunctive relief related to

the Act.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF NEW MEXICO )
)
COUNTY OF Santa Fe )

_____
Amanda Quintana

SUBSCRIBED AND SWORN TO before me on this 9th day of March, 2023.

_____
Notary Public