# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **MARK LACY M.D.,** and **CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS**, <br><br> Plaintiffs, <br><br> v. <br><br> **RAÚL TORREZ**, in his official capacity as Attorney General of the State of New Mexico; **PATRICK M. ALLEN**, in his official capacity as Acting Secretary of the New Mexico Department of Health; and **KAREN CARSON, M.D., ERIC ANDERSON, M.D., STEVEN M. JENKUSKY, M.D., PETER T. BEAUDETTE, M.D., EILEEN BARRETT, M.D., MARK EDWARD UNVERSAGT, M.D., BRADLEY SCOGGINS, D.O., KRISTIN REIDY, D.O., KATHY JOHNSON, P.A.,** and **BUFFIE SAAVEDRA**, in their official capacities as members of the New Mexico Medical Board. <br><br> Defendants. | Case No. 1:22-cv-00953-MIS <br><br> **STIPULATION OF DISMISSAL** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to Plaintiffs' voluntary dismissal of the above-captioned action with prejudice, but without costs or fees to any party.

1

By: s/ *Mark A. Lippelmann*
Denise M. Harle (GA Bar No. 176758)*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE, Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
dharle@ADFlegal.org

Kevin H. Theriot (AZ Bar No. 030446)*
Mark A. Lippelmann (AZ Bar No. 036553)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
ktheriot@ADFlegal.org
*Attorneys for Plaintiffs*

By: */s/ Mark W. Allen*
Mark W. Allen, AAG
Kelsey Frobisher Schremmer, AAG
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
mallen@nmag.gov
kschremmer@nmag.gov
*Attorneys for Attorney General Torrez*

By: /s/ *Patricia Williams*
Patricia Williams
Wiggins, Williams & Wiggins, P.C.
1803 Rio Grande NW
P.O. Box 1308
Albuquerque, NM 87103-1308
(505) 764-8400
pwilliams@wwwlaw.us
*Attorneys for the Secretary of Health and Medical Board Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Mark A. Lippelmann*
Mark A. Lippelmann
