IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK LACY M.D., et al.,

    Plaintiffs,

v.                                                             No. 1:22-cv-00953-MIS

RAÚL TORREZ, in his official
capacity as Attorney General of the
State of New Mexico, et al.,

    Defendants.

## **FINAL JUDGMENT**

The parties have filed a joint stipulation of dismissal with prejudice for all claims in this cause. ECF No. 56. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The stipulation is signed by the parties' attorneys.

Accordingly, the Court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorney's fees.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED TO CLOSE** the case.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE